STATE of Missouri, Respondent,

v.

Kevin Oliver O'DELL, Appellant.

No. WD 44870.

Missouri Court of Appeals, Western District.

May 12, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1992.

Michael J. Drape, Kansas City, for appellant.

Robert B. Paden, Pros. Atty., Maysville, for respondent.

Before SHANGLER, P.J., and KENNEDY and SMART, JJ.

ORDER

PER CURIAM.

Appeal from conviction, after jury trial, of possession of less than 35 grams of marijuana, Section 195.202.3, RSMo, and sentence of 90 days in jail.

Judgment affirmed. Rule 84.16(b).